IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARCO SPV LLC,

    Plaintiff,

v.                                                                                  Case No. 1:24-cv-5128

XAMIVA LLC, et al.,

    Defendant.

### DEFENDANT XAVIER VILARO'S UNOPPOSED MOTION TO DEEM MOTION TO DIMISS (ECF NO. 18 & 19) TIMELY FILED

    Defendant Xavier Vilaro, proceeding *pro se*, files the following Unopposed Motion to Deem the Motion to Dismiss and Memorandum in Support previously filed (ECF Nos. 18 & 19).

Respectfully, I note that the Court previously ordered that the Motion to Dismiss (ECF No. 18 & 19) was untimely. I duly note that Plaintiff had previously agreed to extend the deadline to respond to the complaint (attaching corresponding email proof as Exhibit A) which the Plaintiff does not oppose to this Motion to deem your previous Motion timely.

Date: _____02/27/2025_____

Respectfully submitted,

XAVIER VILARO

Pro Se

GRANTED.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

March 4, 2025
New York, New York

By:  _____/s/ Xavier Vilaro_____
      [xvilaro@xamiva.com]

1