**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MARCO SPV LLC,

                                 Plaintiff,                      **ORDER**

                  -against-                                        **24-CV-5128 (PAE) (JW)**

XAMIVA LLC and XAVIER CARLOS
VILARO CARO a/k/a XAVIER VILARO,

                                Defendant.
-----------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      The Honorable District Judge Engelmayer referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiff against Defendant Xamiva LLC.

      Accordingly, IT IS HEREBY ORDERED that, on or before **August 15, 2025**, the Plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The Plaintiff must serve these documents on Defendant Xamiva LLC, and file proof of such service with the Clerk of Court.

      IT IS FURTHER ORDERED that, on or before **August 29, 2025**, the Defendant Xamiva LLC shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiff.

      The Plaintiff shall serve the defendant Xamiva LLC with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated:    July 11, 2025
         New York, New York

                                          _____
                                          JENNIFER E. WILLIS
                                          United States Magistrate Judge