IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARCO SPV LLC,

    Plaintiff,

v.                                       Case No. 1:24-cv-5128

XAMIVA LLC, et al.,

    Defendant.

## DEFENDANT XAVIER VILARO'S MOTION TO STAY

    I humbly request this Court to stay all proceedings against Xavier Vilaro pending a bankruptcy petition I filed in the U.S. Bankruptcy Court for the Eastern District of Virginia, Petition No. 25-32431-KLP. I have attached a copy of the Petition to this motion.

Date: _____071/21/2025_____

                                                                      Respectfully submitted,

                                                                       XAVIER VILARO

                                                                       Pro Se

By:      _____/s/ Xavier Vilaro_____
           xvilaro@hotmail.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7/21/25, I sent the foregoing to ProSe@nysd.uscourts.gov.

/s/ _____Xavier Vilaro_____

GRANTED.  The Court hereby stays this matter.  The parties are ordered to file a status update every three months, apprising the Court of any developments in the bankruptcy proceedings.  For the avoidance of doubt, the Court denies defendant Xavier Vilaro's motion to dismiss without prejudice to renewal upon the Court's lifting of the stay.  The Clerk of Court is respectfully directed to terminate the motion pending at Docket 18.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

July 21, 2025
New York, New York