**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MARCO SPV LLC,

Plaintiff,

**ORDER**

-against-

**24-CV-5128 (PAE) (JW)**

XAMIVA LLC and XAVIER CARLOS
VILARO CARO a/k/a XAVIER VILARO,

Defendant.

--------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Parties were ordered by Judge Engelmayer to file a status update every three months apprising the Court of any developments in the bankruptcy proceedings. Dkt. No. 47. The most recent status letter filed is from October 22, 2025. Dkt. No. 50. The Parties are to file another status update by **February 27, 2026.**

SO ORDERED.

Dated:      February 19, 2026
            New York, New York

_____
JENNIFER E. WILLIS
United States Magistrate Judge