**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MARCO SPV LLC,

Plaintiff,

-against-

XAMIVA LLC and XAVIER CARLOS VILARO CARO a/k/a XAVIER VILARO,

Defendant.

---------------------------------------------------------------

**ORDER**

**24-CV-5128 (PAE) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of Plaintiff's letter clarifying the status of the bankruptcy proceeding. Dkt. No. 54. Given that the bankruptcy proceeding is still ongoing, the automatic stay under 11 U.S.C. § 362(a)(1) still applies.

**The Clerk of Court is respectfully requested to close Dkt. No. 18, which was denied by the Court previously without prejudice to renewal upon lifting of the stay. Dkt. No. 47.**

SO ORDERED.

Dated: July 6, 2026
New York, New York

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge